1  Mahadhi Corzano (SBN: 254905)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x255
   Fax: 866-583-3695
4  mcorzano@consumerlawcenter.com
   Attorneys for Plaintiff,
5  JENNIFER YEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JENNIFER YEE, | ) | Case No.: 2:11-cv-00704-MCE-GGH |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF ACCEPTANCE OF** |
| | ) | **DEFENDANT'S OFFER OF JUDGMENT** |
| v. | ) | |
| RICHARD J. BOUDREAU & ASSOCIATES, | ) | |
| Defendant. | ) | |

Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served and filed herein in the above matter, and attached hereto as <u>Exhibit A</u>.

RESPECTFULLY SUBMITTED,

DATED:  June 28, 2011                     KROHN & MOSS, LTD.

                                          By:  /s/ Mahadhi Corzano  _
                                               Mahadhi Corzano
                                               Attorney for Plaintiff