TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendant Richard J. Boudreau & Associates

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER YEE,<br><br>  Plaintiff,<br><br>  vs.<br><br>RICHARD J. BOUDREAU & ASSOCIATES,<br><br>  Defendant | Case No. 11-CV-00704 MCE-GGH<br><br>**OFFER OF JUDGMENT** |

Defendant Richard J. Boudreau & Associates hereby offers to allow judgment pursuant to Rule 68 of the *Federal Rules of Civil Procedure* as follows: Judgment in favor of Plaintiff Jennifer Yee against defendant Richard J. Boudreau & Associates in the sum of $750.00 plus all court costs and reasonable attorney's fees incurred.

Dated:  June 15, 2011

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: _____
TIMOTHY P. JOHNSON
Attorneys for Defendant
RICHARD J. BOUDREAU & ASSOCIATES

*Yee v. Richard J. Boudreau & Associates*
**USDC, Case No. 11-CV-00704-MCE-GGH**

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, CA 92705.

On June 15, 2011, I served a true copy of **OFFER OF JUDGMENT** on all interested parties in this action by:

[ ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ X ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

Mahadhi Corzano, Esq.
KROHN & MOSS, LTD
10474 Santa Monica Blvd, Ste 401
Los Angeles, CA 90025

[ ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[ ]   By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on June 15, 2011 at Santa Ana, California.

*/s/ Timothy P. Johnson*
TIMOTHY P. JOHNSON