1 Mahadhi Corzano (SBN: 254905)
Krohn & Moss, Ltd.
2 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3 Tel: 323-988-2400 x255
Fax: 866-583-3695
4 mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
5 JENNIFER YEE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER YEE ) | Case No.: 2:11-cv-00704-MCE-GGH |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| v. ) | |
| ) | |
| RICHARD J. BOUDREAU & ) | |
| ) | |
| ASSOCIATES, ) | |
| ) | |
| Defendant. | |

NOW COMES the Plaintiff, JENNIFER YEE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

1 DATED: August 8, 2011            KROHN & MOSS, LTD.

                                    By: /s/ Mahadhi Corzano
                                        Mahadhi Corzano
                                        Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on August 8, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

                                    By:   /s/ Mahadhi Corzano
                                          Mahadhi Corzano, Esq.