# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JENNIFER YEE,

    Plaintiff,
vs.

RICHARD J. BOUDREAU & ASSOCIATES,

    Defendant.

**Case No.: 2:11-cv-00704-MCE-GGH**

**DISMISSAL WITH PREJUDICE**

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1